UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELBORN FREEMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>   Defendant. | Case No. 13-cv-02421-WHO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND RESETTING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 5, 16 |

On August 6, 2013, defendant United States renoticed its motion to dismiss and set that motion for hearing on September 18, 2013. Docket No. 14. On August 12, 2013, plaintiff Welborn Freeman filed a request, seeking additional time to respond to the Motion to Dismiss. Docket No. 16. Mr. Freeman asks the Court to give him until September 28, 2013, to file his opposition in light of his disability and his efforts to secure an attorney.

The Court GRANTS Mr. Freeman's request for an extension of time. Mr. Freeman's opposition to the government's motion to dismiss is **due by Monday September 30, 2013**. The government's Reply (if any) is due by **October 7, 2013**. The hearing on the Motion to Dismiss is reset to **Wednesday October 30, 2013** at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco.

**IT IS SO ORDERED**.

Dated: August 13, 2013

_____
WILLIAM H. ORRICK
United States District Judge