1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  REBECCA A. FALK (CSBN 226798)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7022
7         FAX: (415) 436-6740
          rebecca.falk@usdoj.gov
8
   Attorneys for Defendant
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13 | WELLBORN FREEMAN,              ) CASE NO 13-02421 WHO
                                    )
14 |     Plaintiff,                 ) JOINT STIPULATION AND
                                    ) ORDER CONTINUING
15 |   v.                           ) CASE MANAGEMENT CONFERENCE
                                    )
16 | UNITED STATES and DOES 1-10.   )
                                    )
17 |     Defendant.                 )
                                    )

DEFENDANT'S JOINT STIPULATION AND ORDER TO CONTINUE CMC
13-2421 WHO

## STIPULATION

Subject to the approval of the Court, Plaintiff *pro se* Wellborn Freeman ("Plaintiff") and Federal Defendant United States of America, by and through its counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed the Complaint in this action on May 29, 2013. Dkt. No. 1.

2. In response to Plaintiff's Complaint, Defendant has filed with this Court a Motion to Dismiss. Dkt. No. 5.

3. Plaintiff declined to proceed before a United States Magistrate Judge and this matter was reassigned to the Honorable William H. Orrick. Docket No. 10, 12.

4. This Court scheduled a Case Management Conference for September 3, 2013. Dkt. No. 13.

5. Plaintiff requested and this Court granted an extension of time to oppose Defendant's Motion To Dismiss until September 30, 2013. The hearing for the Motion to Dismiss is set for October 30, 2013. Dkt. No. 18.

6. The parties hereby respectfully request that the Initial Case Management Conference and all related deadlines in this matter, including those related to the ADR process and Rule 26(f) report, be vacated or continued until November 5, 2013, after the hearing on Defendants' Motion to Dismiss, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: August 19, 2013                    Respectfully Submitted,

                                          MELINDA HAAG
                                          United States Attorney

                                             /s/ Rebecca A. Falk
                                          REBECCA A. FALK
                                          Assistant United States Attorney

Dated: August 19, 2013                    Respectfully Submitted,


                                          _____
                                          Welborn Freeman
                                          Plaintiff, *pro se*

DEFENDANT'S JOINT STIPULATION AND ORDER TO CONTINUE CMC
13-2421 WHO

1 **ORDER**

2 Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered
3 that the Case Management Conference scheduled for September 3, 2013 will be continued until
4 November 5, 2013 or as soon thereafter as is convenient for the Court.

6 **IT IS SO ORDERED.**

7 DATED: August 26, 2013

HONORABLE WILLIAM H. ORRICK
8 UNITED STATES DISTRICT JUDGE

DEFENDANT'S JOINT STIPULATION AND ORDER TO CONTINUE CMC
13-2421 WHO