1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  REBECCA A. FALK (CSBN 226798)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7022
7         FAX: (415) 436-6740
          rebecca.falk@usdoj.gov
8
   Attorneys for Defendant
9
10 Welborn Freeman
   276 Lee Street, #101
11 Oakland, CA  94610

12 Plaintiff, *Pro Se*

13                UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15                 SAN FRANCISCO DIVISION
16
17 WELBORN FREEMAN,                    )  CASE NO 13-02421 WHO
                                       )
18        Plaintiff,                   )  JOINT STIPULATION AND
                                       )  ORDER CONTINUING
19    v.                               )  HEARING ON MOTION TO DISMISS
                                       )
20 UNITED STATES and DOES 1-10.        )
                                       )
21        Defendant.                   )
   _____ )
22
23
24
25
26
27
28

**STIPULATION**

Subject to the approval of the Court, Plaintiff *pro se* Welborn Freeman ("Plaintiff") and Federal Defendant United States of America, by and through its counsel of record, hereby stipulate and agree as follows:

1.  Plaintiff filed the Complaint in this action on May 29, 2013.  Dkt. No. 1.

2.  In response to Plaintiff's Complaint, Defendant has filed with this Court a Motion to Dismiss.  Dkt. No. 5.

3.  Plaintiff declined to proceed before a United States Magistrate Judge and this matter was reassigned to the Honorable William H. Orrick.  Docket No. 10, 12.

4.  This Court scheduled a Case Management Conference for September 3, 2013.  Dkt. No. 13.

5.  Plaintiff requested and this Court granted an extension of time to oppose Defendant's Motion to Dismiss until September 30, 2013.  Defendant was given until October 7, 2013 to file a reply. The hearing for the Motion to Dismiss was set for October 30, 2012.  Dkt. No. 18.

6.  The parties stipulated and this Court ordered that the Case Management Conference would be held on November 5, 2013 at 2:00 p.m.  Dkt. No. 23.

7.  Counsel for the Defense has a business conflict on October 30, 2013, the date on which the hearing on the Motion to Dismiss was rescheduled.

8.  The parties hereby respectfully request that the hearing on the Motion to Dismiss be continued until November 20, 2013 at 2 p.m., or as soon thereafter as is convenient for the Court.  The parties agree that Plaintiff shall have until October 15, 2013 to file his Opposition to Defendant's Motion to Dismiss to provide an additional opportunity for him to retain counsel.  Defendant shall file its reply no later than October 22, 2013.

**IT IS SO STIPULATED.**

*///*

*///*

*///*

*///*

JOINT STIPULATION AND ORDER TO CONTINUE MTD HEARING
13-2421 WHO

1   Dated: September 23, 2013                    Respectfully Submitted,

2                                                MELINDA HAAG
3                                                United States Attorney

4                                                _____/s/ Rebecca A. Falk_____
                                                 REBECCA A. FALK
5                                                Assistant United States Attorney

6   Dated: September ___, 2013                   Respectfully Submitted,

7

8                                                _____
9                                                Welborn Freeman
                                                 Plaintiff, *pro se*
10

11                                **ORDER**

12          Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered

13  that the hearing on Defendant's Motion to Dismiss scheduled for October 30, 2013 will be continued

14  until November 20, 2013 or as soon thereafter as is convenient for the Court.  Plaintiff's Opposition is

15  due on October 15, 2013.  Defendant's reply is due on October 22, 2013.

16          Further, the Case Management Conference previously scheduled for November 5, 2013 will be

17  continued and held at the conclusion of the law and motion hearing on November 20, 2013.

18
            **IT IS SO ORDERED.**
19

20

21
    DATED: September 30, 2013
22                                               _____
23                                               HONORABLE WILLIAM H. ORRICK
                                                 UNITED STATES DISTRICT JUDGE
24

25

26

27

28

JOINT STIPULATION AND ORDER TO CONTINUE MTD HEARING
13-2421 WHO

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


WELBORN FREEMAN,

                Plaintiff,

  v.

UNITED STATES et al,

                Defendant.

_____/

Case Number: CV13-02421 WHO

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Welborn Freeman
276 Lee Street #101
Oakland, CA 94610


Dated: September 30, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk