United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELBORN FREEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | Case No. 13-cv-02421-VC<br><br>ORDER GRANTING EXTENSION OF TIME AND RESETTING HEARING DATE; DENYING REQUEST FOR APPOINTMENT OF COUNSEL; ENTERING CASE MANAGEMENT SCHEDULE |

The Court has reviewed the plaintiff's Motion for Extension of Time and Resetting Hearing Date (Docket No. 79) and the parties' Joint Case Management Statement (Docket No. 78). The Court GRANTS the plaintiff's request to extend time and reset the hearing date. The plaintiff shall file an opposition to the Motion to Dismiss (Docket No. 73) on or before **May 29, 2014**. The defendants shall file any reply on or before **June 5, 2014**. The hearing is rescheduled for **June 19, 2014, at 1:30 p.m**. The Court DENIES the plaintiff's request for appointment of counsel at this time.

The Court sets the following case management schedule:

| | |
|---|---|
| Fact discovery cut off: | October 31, 2014 |
| Expert disclosure deadline: | November 14, 2014 |
| Rebuttal expert disclosure: | December 19, 2014 |
| Expert discovery cut-off: | January 20, 2015 |
| Dispositive Motion Hearing: | March 19, 2015 |
| Pretrial Conference: | May 29, 2015 |
| Trial Date: | June 29, 2015 |

For the plaintiff's benefit, the Court directs his attention to the Handbook for Pro Se Litigants, which is available on the Court's website at http://cand.uscourts.gov/proselitigants. The plaintiff is also encouraged to contact the Legal Help Center, 450 Golden Gate Avenue, 15th

Floor, Room 2796, Telephone number 415-782-8982, for free legal advice regarding his claims.

**IT IS SO ORDERED.**

Dated:  May 13, 2014

_____
VINCE CHHABRIA
United States District Judge