MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6748
    rebecca.falk@usdoj.gov

Attorneys for Federal Defendant

Welborn Freeman
276 Lee Street, #101
Oakland, CA  94610

Plaintiff, *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WELBORN FREEMAN, | ) CASE NO. 13-02421 VC |
|     Plaintiff, | ) |
| v. | ) JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER |
| UNITED STATES OF AMERICA | ) |
|     Defendant. | ) |

1  Defendant United States of America ("Defendant"), by and through its undersigned counsel and
2  Plaintiff Welborn Freeman, Pro Se ("Plaintiff"), hereby stipulate that the current case schedule should be
3  vacated pending assignment of a pro bono attorney to Plaintiff pursuant to Civil Local Rule 6-1(a) of the
4  Northern District of California, as follows:

5  1.   On January 29, 2014, this Court entered a Case Management Schedule setting the
6  following dates.  Dkt. No. 80.

7  Fact discovery cut off: October 31, 2014
8  Expert disclosure deadline: November 14, 2014
9  Rebuttal expert disclosure: December 19, 2014
10 Expert discovery cut-off: January 20, 2015
11 Dispositive Motion Hearing: March 19, 2015
12 Pretrial Conference: May 29, 2015
13 Trial Date: June 29, 2015

14 2.   On July 29, 2014, this Court entered an Order Referring Plaintiff to the Federal Pro Bono
15 Project in response to his request for appointment of counsel, and further staying this matter until four
16 weeks from the date an attorney is appointed to represent Plaintiff.  Dkt. No 98.

17 3.   Given the approach of the close of fact discovery and the fact that an attorney has not yet
18 been appointed to Plaintiff, the parties hereby stipulate and respectfully request that the Court vacate the
19 current Case Management Schedule and reset all deadlines in this matter once counsel has been
20 appointed to Plaintiff.  The parties respectfully suggest that the Court set a deadline for submission of a
21 Case Management Statement for a date after the appointment of counsel to allow for a suggested
22 schedule subject to the approval of the Court or to request a Case Management Conference if no such
23 schedule can be agreed upon.  Because the stay in this matter is scheduled to be lifted automatically four
24 weeks from the date an attorney is appointed to represent Freeman in this action, the parties also
25 respectfully suggest that the Court order submission of the Case Management Statement 30 days after
26 the stay is automatically lifted.

27 IT IS SO STIPULATED.
28 ///

JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
13-02421 VC

| | | |
|---|---|---|
| 1 | DATED: October 3, 2014 | By: /s/ Welborn H Freeman J.D |
| 2 | | WELBORN FREEMAN<br>Plaintiff, Pro Se |
| 4 | DATED: October 2, 2014 | MELINDA HAAG<br>United States Attorney |
| 6 | | By: /s/ Rebecca A. Falk<br>REBECCA A. FALK<br>Assistant United States Attorney<br>Attorneys for Federal Defendant |

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered that the Case Management Schedule previously entered in this matter (Dkt. No. 80) is vacated. The parties are ordered to submit a Case Management Statement within 30 days after the stay in this matter is lifted pursuant to this Court's July 29, 2014 Order (Dkt. No. 98).

**IT IS SO ORDERED.**

DATED: October 6, 2014

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE