UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WELBORN FREEMAN,

    Plaintiff,

    v.

UNITED STATES, et al.,

    Defendants.

Case No. 13-cv-02421-VC

**ORDER APPOINTING COUNSEL**

Re: Docket No. 93

Because Welborn Freeman has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Daniel Weingarten is appointed as counsel for Freeman in this matter.

The scope of this referral shall be for:

- ☐ all purposes for the duration of the case
- ☒ the limited purpose of representing the litigant in the course of
    - ☐ mediation
    - ☐ early neutral evaluation
    - ☒ settlement conference
    - ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
    - ☒ discovery as follows: <u>Discovery leading up to and including the settlement conference</u>
    - ☐ other: _____

All proceedings in this action are hereby stayed until four weeks from the date of this order. A case management conference is set for November 18, 2014, and a joint case management report is due seven days prior. The parties should come prepared to discuss what discovery is

necessary prior to a settlement conference with a magistrate judge.

Counsel's contact information is:  Daniel Weingarten, 37 Hinckley Walk, San Francisco, CA 94111, (925) 234-8863, dan.weingarten@aol.com.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED**.

Dated: October 14, 2014

_____
VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELBORN FREEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | Case No.  13-cv-02421-VC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 10/10/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Welborn  Freeman
276 Lee Street #101
Oakland, CA 94610


Dated: 10/14/2014


                                      Richard W. Wieking
                                      Clerk, United States District Court

                                      By:_____
                                      Kristen Melen, Deputy Clerk to the
                                      Honorable VINCE CHHABRIA