UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELBORN FREEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | Case No.  13-cv-02421-VC<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME**<br><br>Re: Docket No. 111 |

The Court does not understand what relief Mr. Freeman is seeking in his motion, and for this reason, the motion is denied.  Mr. Freeman is directed to call the government's attorney, Ms. Falk, to see if the parties can reach a stipulation to resolve whatever issue this motion presents.

**IT IS SO ORDERED**.

Dated: November 7, 2014

_____
VINCE CHHABRIA
United States District Judge