UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WELBORN FREEMAN,

    Plaintiff,

v.

UNITED STATES, et al.,

    Defendants.

Case No. 13-cv-02421-VC

**ORDER**

At the case management conference held earlier today, counsel for the defendants informed the Court that she and counsel for the plaintiff have agreed that, prior to the settlement conference, counsel for the plaintiff should go forward with the depositions of four doctors, and counsel for the defendants should go forward with the deposition of the plaintiff. With that understanding, the Court sets a further case management conference for January 27, 2015 at 10:00 a.m. If counsel for the plaintiff or the defendants require further assistance of the Court before the settlement conference, they may contact the Courtroom Deputy to schedule an additional case management conference.

**IT IS SO ORDERED**.

Dated: November 18, 2014

_____
VINCE CHHABRIA
United States District Judge